MELAMINE CHEMICALS, INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 80-6-00878

Before LANDIS, *Judge.*

(Decided August 16, 1983)

*Baker & McKenzie (Bruce E. Clubb* on the motion) for the plaintiff.
*J. Paul McGrath,* Assistant Attorney General; *David M. Cohen,* Director, Commercial Litigation Branch (*Francis J. Sailer* on the motion), for the defendant.

LANDIS, Judge: Upon reading and filing of defendant's motion for an order to show cause, and upon plaintiff's opposition thereto, it is hereby

*Ordered,* that defendant's motion for an order to show cause is denied; and it is further

*Ordered,* that the Department of Commerce report to this Court in accordance with Slip Op. 83-21 (March 25, 1983) within thirty (30) days of entry of this order; and it is further

*Ordered,* that this order shall supersede the time requirements for the Department of Commerce to report on compliance with Slip Op. 83-21 (March 25, 1983).